IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
TORI NEAL,                          )
                                    )
          Plaintiff,                )
                                    )
     v.                             )    1:13CV904
                                    )
POLICE OFFICER ANNA STERLING,       )
et al.,                             )
                                    )
          Defendants.               )
```

**ORDER**

On March 5, 2014, the United States Magistrate Judge's Memorandum Opinion, Order, and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 9 and 10.) Plaintiff timely filed objections (Doc. 11) to the Recommendation. In addition, Plaintiff filed a document entitled "Motion for Appointment of Counsel." (Doc. 13.) Given that the court will dismiss this action, there exists no need to consider appointment of counsel for Plaintiff. Thus, the court will deny Plaintiff's instant Motion.

This court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate

Judge's Recommendation.  This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that this action be, and is hereby, dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.  A Judgment dismissing this action will be entered contemporaneously with this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Appointment of Counsel (Doc. 13) is **DENIED**.

This the 20th day of May, 2014.

/s/ William L. Osteen, Jr.
_____
United States District Judge